AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Rebecca W. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:23-cv-360 |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   This matter is REMANDED to the Social Security Administration under Sentence Four of 42 U.S.C. § 405 (g); and case terminated.
                                                                                                                                          .

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   James L. Graham _____ on a motion for
       Joint Stipulation of the Parties

Date:   04/12/2023 _____

CLERK OF COURT

Signature of Clerk or Deputy Clerk